AO 133   (Rev. 12/09)   Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Crown Packaging Technology, Inc., et al.,<br>Plaintiffs<br>v.<br>Ball Metal Beverage Container Corp., Defendant | )<br>)<br>)  Case No.: 3:05-cv-00281<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___04/12/2012___ against ___Plaintiffs___ ,
                                                        _Date_
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 16,619.14 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ 16,619.14 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

    [✓] Electronic service        [ ] First class mail, postage prepaid

    [ ] Other:

    s/ Attorney: _John D. Luken_ (signature)

        Name of Attorney: _John D. Luken_

For: _____Defendant Ball Metal Beverage Container Corp._____    Date: _12/18/2012_
               *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_Clerk of Court_                  _Deputy Clerk_                  _Date_

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**EXHIBIT A**

| Date | Witness | Court Reporter | Amount | |
|---|---|---|---|---|
| 09/27/06 | Tony Grandinetti (Day 1) | Alderson Reporting Co., Inc. | $ 1,848.25 | Deposition taken by Crown |
| 09/27/06 | Tony Grandinetti (Day 2) | Alderson Reporting Co., Inc. | $ 235.58 | Deposition taken by Crown |
| 09/28/06 | Rick McCauley | Alderson Reporting Co., Inc. | $ 351.64 | Deposition taken by Crown |
| 10/03/06 | Bruce Doeling | Alderson Reporting Co., Inc. | $ 1,635.60 | Deposition taken by Crown |
| 10/05/06 | Ralph Stodd | Alderson Reporting Co., Inc. | $ 1,796.60 | Deposition taken by Crown |
| 11/08/06 | Jess Bathurst | Alderson Reporting Co., Inc. | $ 1,532.85 | Deposition taken by Crown |
| 11/09/06 | Tuan Nguyen | Alderson Reporting Co., Inc. | $ 1,045.26 | Deposition taken by Crown |
| 12/07/06 | Leon Midgett | Alderson Reporting Co., Inc. | $ 714.34 | Deposition taken by Crown |
| 04/17/07 | Dean Scranton (validity) | Ace-Merit, LLC | $ 836.00 | Deposition taken by Crown |
| 04/19/07 | Dean Scranton (infringement) | Ace-Merit, LLC | $ 303.50 | Deposition taken by Crown |
| 05/30/07 | Andrew Carter | Alderson Reporting Co., Inc. | $ 1,498.82 | Deposition taken by Crown |
| 07/25/07 | Timothy Turner | Premier Video Productions, Inc. | $ 810.00 | Deposition used in Motion for Summary Judgment |
| 07/25/07 | Timothy Turner | Demby & Associates, Inc. | $ 1,293.95 | Deposition used in Motion for Summary Judgment |
| 08/20/08 | Dean Scranton (infringement) Martin J. Higham (infringement) | Ace-Merit, LLC | $ 1,293.60 | Scranton deposition taken by Crown; both used in Motion for Summary Judgment |
| 08/21/08 | Martin J. Higham (validity) Dean Scranton (validity) | Ace-Merit, LLC | $ 1,089.15 | Scranton deposition taken by Crown; both used in Motion for Summary Judgment |
| 12/06/06 | Ball Copy of Video of Crown Site Inspection/Video of Seaming at Ball (mislabeled by Court Reporter) | Alderson Reporting Co., Inc. | $ 145.00 | Site Inspection of Ball taken by Crown |
| 01/04/07 | Crown Packaging Technology v. Ball Metal Beverage Container Case No. 3:05-cv-291 Markman  Hearing | Debra Lynn Futrell | $ 189.00 | |
| | | | | |
| | TOTAL | | $ 16,619.14 | |
| | | | | |

1692449.1

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #: (202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No.* ▓▓▓▓

# INVOICE

/ /

Payment is due 30 days
from invoice date.

| Invoice Date: |
|---|
| **10/13/2006** |

| Invoice No. |
|---|
| **78670** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To: 
John D. Luken, Esq.
Dinsmore & Shohl, LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

Atty.Acct. No.: 17828
Case/Matter No.: 05-0281 (WHR)
Our Ref. No.: 8884-1
Your Ref. No.:
Location: Broomfield, CO

RE: Crown Packaging Technology, Inc. vs. Ball Metal Beverage Container Corp.
Witness: Tony Grandinetti (Day 1)     Classified:
Proceeding Date: 9/27/2006

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 4 Business Day Delivery - Certified Copy - Tony | 235.00 | 4.23 | $994.05 |
| Exhibits (Includes paper and/or electronic copies) | 537.00 | 0.35 | $187.95 |
| Draft ASCII | 235.00 | 1.50 | $352.50 |
| Copy of Video (VHS Tape or Electronic) | 5.75 | 45.00 | $258.75 |
| Free Video Sychronization and Exhibit linking | 1.00 | 0.00 | $0.00 |
| DVD Contains PDF Exhibits,LEF Transcript and Video | 1.00 | 0.00 | $0.00 |
| Shipping & Handling | 1.00 | 55.00 | $55.00 |

Credit Card Payment: AMEX [ ] Visa [ ] MasterCard [ ]

| Account #: | | | | | | | | | | | | | Expiration Date: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Registered To: | | | | | | | | Signature: | | | | | | | | | | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| **Sub-Total:** | **$1,848.25** |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $1,848.25 |
| Amount Paid: | $0.00 |

Questions? Please call our Credit Manager
@ 202-336-8808.
# Thank You For Your Business

| TOTAL BALANCE DUE: | $1,848.25 |
|---|---|

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #:(202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No.* ███████        / /

# INVOICE

Payment is due 30 days
from invoice date.

| Invoice Date: |
|---|
| **10/13/2006** |

| Invoice No. |
|---|
| **78672** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:
John D. Luken, Esq.
Dinsmore & Shohl, LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

Atty.Acct. No.: 17828
Case/Matter No.: 05-0281 (WHR)
Our Ref. No.: 8884-2
Your Ref. No.:
Location: Broomfield, CO

RE: Crown Packaging Technology, Inc. vs. Ball Metal Beverage Container Corp.
Witness:   Tony Grandinetti (Day 2)          Classified:
Proceeding Date:  9/27/2006

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 4 Business Day Delivery - Certified Copy - Tony | 26.00 | 4.23 | $109.98 |
| Exhibits (Includes paper and/or electronic copies) | 26.00 | 0.35 | $9.10 |
| Copy of Video  (VHS Tape or Electronic) | 0.50 | 45.00 | $22.50 |
| Free Video Sychronization and Exhibit linking | 1.00 | 0.00 | $0.00 |
| DVD Contains PDF Exhibits,LEF Transcript and Video | 1.00 | 0.00 | $0.00 |
| Draft ASCII | 26.00 | 1.50 | $39.00 |
| Shipping  & Handling | 1.00 | 55.00 | $55.00 |

Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]

| Account #: | | | | | | | | | | | | | | Expiration Date: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Registered To: | | | | | | | | | | | | | Signature: | | | | | | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| **Sub-Total:** | **$235.58** |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $235.58 |
| Amount Paid: | $0.00 |

Questions?  Please call our Credit Manager
@ 202-336-8808.
## Thank You For Your Business

| TOTAL BALANCE DUE: | $235.58 |
|---|---|

*Alderson Reporting Co., Inc.*
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #: (202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No.* ▓▓▓▓▓▓▓▓

/ /

# INVOICE

Payment is due 30 days
from invoice date.

| Invoice Date: |
| --- |
| **10/13/2006** |

| Invoice No. |
| --- |
| **78674** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:

| |
| --- |
| John D. Luken, Esq. |
| Dinsmore & Shohl, LLP |
| 255 East Fifth Street |
| Suite 1900 |
| Cincinnati, OH  45202 |

Atty.Acct. No.:  17828
Case/Matter No.:  05-0281 (WHR)
Our Ref. No.:  8884-5
Your Ref. No.:
Location:  Broomfield, CO

RE:  Crown Packaging Technology, Inc. vs. Ball Metal Beverage Container Corp.
Witness:     Rick McCauley                              Classified:
Proceeding Date:   9/28/2006

| Description | Qty | Amount | Charges |
| --- | --- | --- | --- |
| 4 Business Day Delivery - Certified Copy - Rick | 43.00 | 4.23 | $181.89 |
| Exhibits (Includes paper and/or electronic copies) | 15.00 | 0.35 | $5.25 |
| Draft ASCII | 43.00 | 1.50 | $64.50 |
| Free Video Sychronization and Exhibit linking | 1.00 | 0.00 | $0.00 |
| DVD Contains PDF Exhibits,LEF Transcript and Video | 1.00 | 0.00 | $0.00 |
| Copy of Video  (VHS Tape or Electronic) | 1.00 | 45.00 | $45.00 |
| Shipping  & Handling | 1.00 | 55.00 | $55.00 |

Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]

Account #:                                                    Expiration Date:

Registered To:                              Signature:

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
| --- | --- |
| **Sub-Total:** | **$351.64** |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $351.64 |
| Amount Paid: | $0.00 |

Questions?  Please call our Credit Manager
@ 202-336-8808.
## Thank You For Your Business

| TOTAL BALANCE DUE: | **$351.64** |
| --- | --- |

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #:(202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No.* ▮▮▮▮▮

# INVOICE

*Payment is due 30 days*
*from invoice date.*

| Invoice Date: |
| --- |
| **10/19/2006** |

| Invoice No. |
| --- |
| **78809** |

PLEASE REFERENCE
THIS INVOICE NUMBER
WHEN REMITTING

To:
John D. Luken, Esq.
Dinsmore & Shohl, LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

Atty.Acct. No.: 17828
Case/Matter No.: 05-0281 (WHR)
Our Ref. No.: 8884-3
Your Ref. No.:
Location: Broomfield, CO

RE: Crown Packaging Technology, Inc. vs. Ball Metal Beverage Container Corp.
Witness: Bruce Doelling     Classified:
Proceeding Date: 10/03/2006

| Description | Qty | Amount | Charges |
| --- | --- | --- | --- |
| 10 Business Day Delivery - Certified Copy - Bruce | 223.00 | 3.25 | $724.75 |
| Exhibits (Includes paper and/or electronic copies) | 686.00 | 0.35 | $240.10 |
| Draft ASCII | 223.00 | 1.50 | $334.50 |
| Free Video Sychronization and Exhibit linking | 1.00 | 0.00 | $0.00 |
| DVD Contains PDF Exhibits,LEF Transcript and Video | 1.00 | 0.00 | $0.00 |
| Copy of Video (VHS Tape or Electronic) | 6.25 | 45.00 | $281.25 |
| Shipping & Handling | 1.00 | 55.00 | $55.00 |

Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]

Account #: | | | | | | | | | | | | | |   Expiration Date: | | | | |

Registered To:                    Signature:

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
| --- | --- |
| **Sub-Total:** | **$1,635.60** |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $1,635.60 |
| Amount Paid: | $0.00 |

Questions? Please call our Credit Manager
@ 202-336-8808.
## Thank You For Your Business

| TOTAL BALANCE DUE: | **$1,635.60** |
| --- | --- |

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #:(202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No:*

# INVOICE

Payment is due 30 days
from invoice date.

| Invoice Date: |
|---|
| **10/19/2006** |

| Invoice No. |
|---|
| **78799** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:
John D. Luken, Esq.
Dinsmore & Shohl, LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

Atty.Acct. No.: 17828
Case/Matter No.: 05-0281 (WHR)
Our Ref. No.: 8884-4
Your Ref. No.:
Location: Dayton, OH

RE: Crown Packaging Technology, Inc. vs. Ball Metal Beverage Container Corp.
Witness: Ralph Stodd          Classified:
Proceeding Date: 10/05/2006

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 4 Business Day Delivery - Certified Copy - Ralph | 255.00 | 4.23 | $1,078.65 |
| Exhibits (Includes paper and/or electronic copies) | 62.00 | 0.35 | $21.70 |
| Draft ASCII | 255.00 | 1.50 | $382.50 |
| Free Video Sychronization and Exhibit linking | 1.00 | 0.00 | $0.00 |
| DVD Contains PDF Exhibits,LEF Transcript and Video | 1.00 | 0.00 | $0.00 |
| Copy of Video  (VHS Tape or Electronic) | 5.75 | 45.00 | $258.75 |
| Shipping  & Handling | 1.00 | 55.00 | $55.00 |

Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]

| Account #: | | | | | | | | | | | | | | | Expiration Date: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Registered To: | | | | | | | | | | | | | | Signature: | | | | | | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | $1,796.60 |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $1,796.60 |
| Amount Paid: | $0.00 |

Questions?  Please call our Credit Manager
@ 202-336-8808.
## Thank You For Your Business

| TOTAL BALANCE DUE: | $1,796.60 |
|---|---|

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #:(202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No.* ▓▓▓▓▓

# INVOICE

Payment is due 30 days
from invoice date.

| Invoice Date: |
|---|
| **11/29/2006** |

| Invoice No. |
|---|
| **79915** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:  John D. Luken, Esq.
Dinsmore & Shohl, LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

Atty.Acct. No.: 17828
Case/Matter No.: 05-0281 (WHR)
Our Ref. No.: 8884-7
Your Ref. No.:
Location: Broomfield, CO

RE: Crown Packaging Technology, Inc. vs. Ball Metal Beverage Container Corp.
Witness: Jess Bathurst          Classified:
Proceeding Date: 11/08/2006

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 3 Business Day Delivery - Certified Copy - Jess | 195.00 | 4.39 | $856.05 |
| Exhibits (Includes paper and/or electronic copies) | 298.00 | 0.35 | $104.30 |
| Copy of Video (VHS Tape or Electronic) | 5.00 | 45.00 | $225.00 |
| Free Video Sychronization and Exhibit linking | 1.00 | 0.00 | $0.00 |
| DVD Contains PDF Exhibits,LEF Transcript and Video | 1.00 | 0.00 | $0.00 |
| Draft ASCII | 195.00 | 1.50 | $292.50 |
| Shipping & Handling | 1.00 | 55.00 | $55.00 |

Credit Card Payment: AMEX [ ] Visa [ ] MasterCard [ ]

| Account #: | | | | | | | | | | | | Expiration Date: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Registered To: | | | | | | | | | Signature: | | | | | | | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | $1,532.85 |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $1,532.85 |
| Amount Paid: | $0.00 |

Questions? Please call our Credit Manager
@ 202-336-8808.
## Thank You For Your Business

| TOTAL BALANCE DUE: | $1,532.85 |
|---|---|

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #:(202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No.* ▮▮▮▮

# INVOICE

*/ /*

Payment is due 30 days
from invoice date.

| Invoice Date: |
| --- |
| **11/29/2006** |

| Invoice No. |
| --- |
| **79918** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:
| John D. Luken, Esq. |
| --- |
| Dinsmore & Shohl, LLP |
| 255 East Fifth Street |
| Suite 1900 |
| Cincinnati, OH 45202 |

Atty.Acct. No.: 17828
Case/Matter No.: 05-0281 (WHR)
Our Ref. No.: 8884-6
Your Ref. No.:
Location: Broomfield, CO

RE: Crown Packaging Technology, Inc. vs. Ball Metal Beverage Container Corp.
Witness: Tuan Nguyen          Classified:
Proceeding Date: 11/09/2006

| Description | Qty | Amount | Charges |
| --- | --- | --- | --- |
| 3 Business Day Delivery - Certified Copy - Tuan | 134.00 | 4.39 | $588.26 |
| Exhibits (Includes paper and/or electronic copies) | 60.00 | 0.35 | $21.00 |
| Draft ASCII | 134.00 | 1.50 | $201.00 |
| Copy of Video (VHS Tape or Electronic) | 4.00 | 45.00 | $180.00 |
| Free Video Sychronization and Exhibit linking | 1.00 | 0.00 | $0.00 |
| DVD Contains PDF Exhibits,LEF Transcript and Video | 1.00 | 0.00 | $0.00 |
| Shipping & Handling | 1.00 | 55.00 | $55.00 |

Credit Card Payment: AMEX [ ] Visa [ ] MasterCard [ ]

| Account #: | | | | | | | | | | | | | | | | | Expiration Date: | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Registered To: | | | | | | | | | | | Signature: | | | | | | | | | | | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
| --- | --- |
| **Sub-Total:** | **$1,045.26** |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $1,045.26 |
| Amount Paid: | $0.00 |

**Questions? Please call our Credit Manager**
**@ 202-336-8808.**
**Thank You For Your Business**

| TOTAL BALANCE DUE: | $1,045.26 |
| --- | --- |

# INVOICE

Ace-Merit, LLC
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
Phone:513-241-3200   Fax:513-241-7958

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 159246 | 5/8/2007 | 86097 |
| **Job Date** | **Case No.** | |
| 4/17/2007 | 050281 | |
| **Case Name** | | |
| Crown Packaging, Inc. vs. Ball Metal Beverage Container Corp. | | |
| **Payment Terms** | | |
| Net 30 - int. accrues @ 1.5% per month | | |

John Luken, Esq.
Dinsmore & Shohl
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202-4719

1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Dean Scranton/Validity | | | 642.50 |
| Word Index | 52.00 | Pages | 52.00 |
| Exhibits - Black & White | 349.00 | Pages | 87.25 |
| Exhibits - Color | 27.00 | | 33.75 |
| Miscellaneous Charges | | | 20.50 |
| | | **TOTAL DUE >>>** | **$836.00** |
| | | AFTER 6/7/2007 PAY | $848.54 |

EXHIBIT CHARGE FOR ALL THREE DAYS DEPOS
MISCELLANEOUS CHARGES ARE FOR TABS/BINDERS FOR EXHIBITS
30 DAY SIG THROUGH MR HEIST
COPY DEL BY COURIER 05/07/07

Tax ID ████████

*Please detach bottom portion and return with payment.*

John Luken, Esq.
Dinsmore & Shohl
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202-4719

Job No.    : 86097          BU ID      : MAIN
Case No.   : 050281
Case Name  : Crown Packaging, Inc. vs. Ball Metal Beverage
             Container Corp.

Invoice No. : 159246        Invoice Date : 5/8/2007
**Total Due  : $ 836.00**
AFTER 6/7/2007 PAY $848.54

Remit To: **Ace-Merit, LLC**
          **30 Garfield Place**
          **Suite 620**
          **Cincinnati, OH 45202-4364**

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Amount to Charge: |
| Cardholder's Signature: | |

# INVOICE

Ace-Merit, LLC
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
Phone:513-241-3200   Fax:513-241-7958

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 159248 | 5/8/2007 | 86101 |
| Job Date | Case No. | |
| 4/19/2007 | 050281 | |
| Case No. | | |
| Crown Packaging, Inc. vs. Ball Metal Beverage Container Corp. | | |
| Payment Terms | | |
| Net 30 - int. accrues @ 1.5% per month | | |

John Luken, Esq.
Dinsmore & Shohl
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202-4719

ORIGINAL/COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Martin J. Higham/Infringement | | | 450.30 |
| Attendance | | 3.75 Hours | 187.50 |
| 1 COPY OF TRANSCRIPT OF: | | | |
| Dean Scranton/Infringement | | | 277.50 |
| Word Index | | 26.00 Pages | 26.00 |
| | | TOTAL DUE >>> | **$941.30** |
| | | AFTER 6/7/2007 PAY | $955.42 |

ALL EXHIBITS BILLED W/04/17/07 JOB
30 DAY SIG THROUGH MR HEIST
TRANSCRIPTS DEL BY COURIER 05/07/07

Tax ID: ▓▓▓▓▓

*Please detach bottom portion and return with payment.*

John Luken, Esq.
Dinsmore & Shohl
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202-4719

| | | | |
|---|---|---|---|
| Job No. | : 86101 | BU ID | : MAIN |
| Case No. | : 050281 | | |
| Case Name | : Crown Packaging, Inc. vs. Ball Metal Beverage Container Corp. | | |
| Invoice No. | : 159248 | Invoice Date | : 5/8/2007 |
| **Total Due** | **: $ 941.30** | | |
| AFTER 6/7/2007 PAY $955.42 | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Ace-Merit, LLC**
**30 Garfield Place**
**Suite 620**
**Cincinnati, OH 45202-4364**

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW  4th Floor*
*Washington, DC  20005-5650*
*Phone #: (202) 789-6308 Fax #: (202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No.* ▮▮▮▮▮▮                                  / /

# INVOICE

Payment is due 30 days
from invoice date.

| Invoice Date: |
| --- |
| **12/28/2006** |

| Invoice No. |
| --- |
| **80552** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:  John D. Luken, Esq.
　　 Dinsmore & Shohl, LLP
　　 255 East Fifth Street
　　 Suite 1900
　　 Cincinnati, OH 45202

Atty.Acct. No.:  17828
Case/Matter No.:  05-608 (KAJ)
Our Ref. No.:  8637-34
Your Ref. No.:
Location:  Broomfield, CO

RE:  Crown Packaging Technology, Inc. et al. vs. Rexam Beverage Can Co.
Witness:　Leon Midgett　　　　　　　　　　　　　　　Classified:
Proceeding Date:  12/07/2006

| Description | Qty | Amount | Charges |
| --- | --- | --- | --- |
| 3 Business Day Delivery - Certified Copy - Leon | 91.00 | 4.39 | $399.49 |
| Exhibits (Includes paper and/or electronic copies) | 31.00 | 0.35 | $10.85 |
| Free Video Sychronization and Exhibit linking | 1.00 | 0.00 | $0.00 |
| DVD Contains PDF Exhibits,LEF Transcript and Video | 1.00 | 0.00 | $0.00 |
| Copies DVD Video syched to transcript | 2.50 | 45.00 | $112.50 |
| Draft ASCII | 91.00 | 1.50 | $136.50 |
| Shipping  & Handling | 1.00 | 55.00 | $55.00 |

Credit Card Payment: AMEX [ ]  Visa [ ] MasterCard [ ]

| Account #: | | | | | | | | | | | | | Expiration Date: | | | | |

Registered To:　　　　　　　　　　　　　Signature:

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
| --- | --- |
| **Sub-Total:** | **$714.34** |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $714.34 |
| Amount Paid: | $0.00 |

Questions?  Please call our Credit Manager
@ 202-336-8808.
**Thank You For Your Business**

| TOTAL BALANCE DUE: | **$714.34** |
| --- | --- |

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW  4th Floor*
*Washington, DC  20005-5650*
*Phone #: (202) 289-2260  Fax #:(202) 289-2221*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No.* ▮▮▮▮▮▮                          / /

# INVOICE

Payment is due 30 days
from invoice date.

| Invoice Date: |
|---|
| **6/08/2007** |

| Invoice No. |
|---|
| **85037** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:  Charles H. Brown, Esq.
     Dinsmore & Shohl, LLP
     255 East Fifth St
     Suite 1900
     Cincinnati, OH  45202

Atty.Acct. No.:  19080
Case/Matter No.:  05-608 (KAJ)
Our Ref. No.:  8637-45
Your Ref. No.:
Location: Chicago, IL

RE:  Crown Packaging Technology, Inc. et al. vs. Rexam Beverage Can Co.
Witness:     Andrew Carter                                      Classified:
Proceeding Date:   5/30/2007

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 3 Business Day Delivery - Certified Copy - Andrew | 238.00 | 4.39 | $1,044.82 |
| Exhibits (Includes paper and/or electronic copies) | 120.00 | 0.35 | $42.00 |
| Draft ASCII | 238.00 | 1.50 | $357.00 |
| Free Exhibit Linking to Transcript | 1.00 | 0.00 | $0.00 |
| CD Contains PDF Exhibits and LEF Transcript | 1.00 | 0.00 | $0.00 |
| Shipping  & Handling | 1.00 | 55.00 | $55.00 |

Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]

| Account #: | | | | | | | | | | | | | | | Expiration Date: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Registered To: | | | | | | | | | | | | | | Signature: | | | | | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | $1,498.82 |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $1,498.82 |
| Amount Paid: | $0.00 |

Questions?  Please call our Credit Manager
@ 202-336-8808.
**Thank You For Your Business**

| TOTAL BALANCE DUE: | $1,498.82 |
|---|---|



**Premier Video Productions, Inc.**
1511 57th Avenue West
Bradenton, FL  34207
941-753-1910

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2007 | 5492 |

| Bill To |
|---------|
| Dinsmore & Stohl<br>Clayton L. Kuhnell, Esquire<br>255 East Fifth Street<br>Suite 1900<br>Cincinnatti, OH  45202 |

| Terms |
|-------|
| Net-30 |

| Case Style | Crown  v. Ball |
|------------|----------------|
| Case Number | 050281 |

| EIN: | Rep |
|------|-----|
|  | TB |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | July 25, 2007:  First hour of videotaped deposition of TIMOTHY TURNER, from 8:15 a.m. to 12:00 p.m. and from 12:45 p.m. to 3:30 p.m. | 200.00 | 200.00 |
| 6 | Additional hours | 100.00 | 600.00 |
|  | Priority Mail | 10.00 | 10.00 |

Thank you for your business.

| Total | $810.00 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $810.00 |



# DEMBY & ASSOCIATES, INC.
**P.O. BOX 490**
**SARASOTA, FLORIDA 34230-0490**

**TAX I.D. NO.:**

| BILL TO |
|---|
| DINSMORE & SHOHL, LLP<br>255 E FIFTH STREET, SUITE 1900<br>CINCINNATI, OHIO 45202 |

| DATE | 8/27/2007 |
|---|---|
| INVOICE # | 5828 |

| TERMS | NET 30 DAYS |
|---|---|
| JOB NO. | 707144 |

| DATE TAKEN | 7/25/2007 | CASE | CROWN V. BALL | REPORTER | D |
|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 6.5 | HOUR(S) APPEARANCE FEE AT THEDEPOSITION(S) OF TIM TURNER | 55.00 | 357.50 |
| 185 | ORIGINAL AND ONE COPY, TECHNICAL/MEDICAL TESTIMONY OF TIM TURNER (ENGINEERING) | 4.75 | 878.75 |
| 122 | COPIES OF EXHIBITS, MARKED AND ATTACHED | 0.35 | 42.70 |
| | REIMBURSE FOR OVERNIGHT DELIVERY | 15.00 | 15.00 |
| | | **Total** | $1,293.95 |

# INVOICE

Ace-Merit, LLC
30 Garfield Place, Suite 620
Cincinnati, OH 45202-4364
Phone:513-241-3200   Fax:513-241-7958

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 165258 | 9/5/2008 | 92165 |
| **Job Date** | **Case No.** | |
| 8/20/2008 | 050281 | |
| **Case Name** | | |
| Crown Packaging Tech., Inc. vs. Ball Metal Beverage Container Corp. | | |
| **Payment Terms** | | |
| Net 30 - int. accrues @ 1.5% per month | | |

John Luken, Esq.
Dinsmore & Shohl
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202-4719

| | | | |
|---|---|---|---:|
| COPY/MINI/ROUGH ASCII/REALTIME OF DEPOSITION OF: | | | |
| Dean Scranton/Infringement | | | 232.80 |
| Realtime Hookup | 97.00 | Pages | 145.50 |
| Condensed | 97.00 | Pages | 48.50 |
| ORIGINAL/COPY/ROUGH ASCII/REALTIME OF DEPOSITION OF: | | | |
| Martin J. Higham/Infringement | | | 378.30 |
| Attendance | 4.00 | Hours | 260.00 |
| Realtime Hookup | 97.00 | Pages | 145.50 |
| Exhibits - Black & White | 215.00 | Pages | 53.75 |
| Exhibits - Color | 19.00 | | 23.75 |
| Courier | | | 5.50 |

**TOTAL DUE >>>**      **$1,293.60**
AFTER 10/5/2008 PAY     $1,313.00

30 DAY SIGS: MR SCRANTON THROUGH YOUR COPY
    MR HIGHAM THROUGH MR HEIST
TRANSCRIPTS DEL BY COURIER 08/29/08

**Tax ID:** ▓▓▓▓▓

*Please detach bottom portion and return with payment.*

John Luken, Esq.
Dinsmore & Shohl
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202-4719

Job No.      : 92165      BU ID    : MAIN
Case No.     : 050281
Case Name  : Crown Packaging Tech., Inc. vs. Ball Metal
               Beverage Container Corp.

Invoice No. : 165258      Invoice Date : 9/5/2008
**Total Due  : $ 1,293.60**
AFTER 10/5/2008 PAY $1,313.00

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **Ace-Merit, LLC**
          **30 Garfield Place, Suite 620**
          **Cincinnati, OH 45202-4364**

# INVOICE

Ace-Merit, LLC
30 Garfield Place, Suite 620
Cincinnati, OH 45202-4364
Phone:513-241-3200  Fax:513-241-7958

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 165273 | 9/5/2008 | 92166 |
| **Job Date** | **Case No.** | |
| 8/21/2008 | 050281 | |
| **Case Name** | | |
| Crown Packaging Tech., Inc. vs. Ball Metal Beverage Container Corp. | | |
| **Payment Terms** | | |
| Net 30 - int. accrues @ 1.5% per month | | |

John Luken, Esq.
Dinsmore & Shohl
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202-4719

| | | |
|---|---|---|
| ORIGINAL/COPY/ROUGH ASCII/REALTIME OF DEPOSITION OF: | | |
| Martin J. Higham/Validity | | 362.70 |
| Attendance | 3.75 Hours | 243.75 |
| Realtime Hookup | 93.00 Pages | 139.50 |
| COPY/ROUGH ASCII/REALTIME OF DEPOSITION OF: | | |
| Dean Scranton/Validity | | 211.20 |
| Realtime Hookup | 88.00 Pages | 132.00 |
| | **TOTAL DUE >>>** | **$1,089.15** |
| | AFTER 10/5/2008 PAY | $1,105.49 |

30 DAY SIGS: MR SCRANTON THROUGH YOUR COPY
MR HIGHAM THROUGH MR HEIST
TRANSCRIPTS DEL BY COURIER 08/29/08

Tax ID: ██████

*Please detach bottom portion and return with payment.*

John Luken, Esq.
Dinsmore & Shohl
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202-4719

Job No.    : 92166        BU ID    : MAIN
Case No.   : 050281
Case Name  : Crown Packaging Tech., Inc. vs. Ball Metal
             Beverage Container Corp.

Invoice No. : 165273        Invoice Date : 9/5/2008
**Total Due  : $ 1,089.15**
AFTER 10/5/2008 PAY $1,105.49

Remit To: **Ace-Merit, LLC**
          **30 Garfield Place, Suite 620**
          **Cincinnati, OH 45202-4364**

| PAYMENT WITH CREDIT CARD | AMEX MASTERCARD VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

**Alderson Reporting Co., Inc.**
1111 14th Street, NW  4th Floor
Washington, DC 20005-5650
Phone #: (202) 789-6308 Fax #: (202) 289-8850
E-Mail: ar@aldersonreporting.com
Federal I.D. No. ████████

# INVOICE

**Reprinted On: 5/09/2007**

To:  | John D. Luken, Esq.
Dinsmore & Shohl, LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

Atty.Acct. No.: 17828
Case/Matter No.: 05-608 (KAJ)
Our Ref. No.: 8637-35
Your Ref. No.:
Location: Broomfield, CO

| Invoice Date: |
|---|
| 1/03/2007 |
| Invoice No. |
| 80708 |

PLEASE REFERENCE
THIS INVOICE NUMBER
WHEN REMITTING

RE:  Crown Packaging Technology, Inc. et al. vs. Rexam Beverage Can Co.
Witness:  NA NA                                     Classified:
Proceeding Date:  12/06/2006

| Description | Qty | Amount | Charges |
|---|---|---|---|
| Copies of Video | 2.00 | 45.00 | $90.00 |
| Shipping & Handling | 1.00 | 55.00 | $55.00 |

REMINDER

| Credit Card Payment:     AMEX [ ]     Visa [ ]     MasterCard [ ] | | |
|---|---|---|
| Account #: | | Expiration Date: |
| Registered To: | Signature: | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | 145.00 |
| Interest Accrued: | 0.00 |
| Grand Total: | 145.00 |
| Amount Paid: | 0.00 |

Questions?  Please call our Credit Manager @ 202-789-6308.

| TOTAL BALANCE DUE: | 145.00 |
|---|---|

## Thank You For Your Business



# Alderson
## COURT REPORTING

May 9, 2007

John Luken, Esq.
Dinsmore & Shohl, LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

Hello Mr. Luken,

I am writing today in reference to an unpaid invoice that has come up in our system. The invoice pertains to the Crown Packaging Technology, Inc. et al. vs. Rexam Beverage Can Co. matter and copies of videos that were ordered in reference to a site inspection of Ball Corporation in Broomfield, Colorado.

If you would please contact us to discuss the invoice, we would appreciate it. I can be reached directly at 202-336-8832.

Thank you and have a good day.

Matt Seal
Business and Resource Development Director

Enclosure

1111 14th Street Northwest
Washington, DC 20005

P 202.289.2260
F 202.289.2221

800.367.3376
www.aldersonreporting.com



NYSE A Member of the MPS Group

Luken189.txt

1

DEBRA LYNN FUTRELL
REGISTERED PROFESSIONAL REPORTER
8720 Taylorsville Road
Dayton OH 45424-6338

(937) 237-8620
Email: Dfutrell@woh.rr.com

Inv. No. 07-DF-8

January 17, 2007

            INVOICE FOR COURT REPORTING SERVICES

To:  John Luken, Esq.
     John.luken@dinslaw.com

Re:  Crown Packaging Technology v Ball Metal Beverage
     Container
     Case No. 3:05-cv-281
     United States District Court
     For the Southern District of Ohio
     January 4, 2007 Transcript of Proceedings
     Markman Hearing

         Amount Due        $ 189.00

                                - Thank you -

Page 1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of December 2012, I electronically filed the foregoing, with attachments, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James H. Greer
Bieser, Greer & Landis, LLP
400 Nation City Center
6 North Main Street
Dayton, OH  45402

Dale M. Heist
Woodcock Washburn, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, Pennsylvania  19104

*/s/ John D. Luken*